**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JOSE NUNEZ JIMENEZ, et al.,
                    Plaintiffs,

       -against-

CHEEVER DEVELOPMENT CORP., et al.,
                    Defendants.
-----------------------------------------------------------X



18 **CIVIL** 1806 (JPO)

## **JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated October 31, 2018, and for the reasons stated from the bench,

Defendants Liberty, Sheer Taping, and Eric Graves were properly voluntarily dismissed without

prejudice under Rule 41(a)(1)(A)(i) (Dkt. No. 99), and Plaintiffs' motion to dismiss the

remaining claims against Defendants Cheever and Lonuzzi is GRANTED without prejudice

(Dkt. No. 101). Accordingly, all claims in this action are DISMISSED WITHOUT PREJUDICE;

accordingly, the case is closed.

**Dated:** New York, New York
       April 3, 2019

                           **RUBY J. KRAJICK**

                            **Clerk of Court**
          **BY:**

                            **Deputy Clerk**